Case 1:20-cv-10884-AT   Document 12   Filed 02/18/21   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/18/2021
```

LEXINGTON INSURANCE COMPANY,
99 High Street, 23rd Floor
Boston, MA 20110,

                              Plaintiff,

            -against-

SPARTA INSURANCE COMPANY
c/o Catalina U.S. Insurance Services LLC
5 Batterson Park Road
Farmington, CT 06032,

                              Defendant.

20 Civ. 10884 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 5, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by February 16, 2021. ECF No. 4 ¶¶ 4–5. That submission is now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **February 22, 2021**.

SO ORDERED.

Dated: February 18, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge